B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, dba AMTRAK and
CHRISTOPHER FORD

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH GAMBLE,<br><br>             Plaintiff,<br><br>   v.<br><br>CHRISTOPHER FORD, NATIONAL RAILROAD PASSENGER CORPORATION, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.  2:13-CV-00386-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff JOSEPH GAMBLE and Defendants NATIONAL RAILROAD PASSENGER CORPORATION and CHRISTOPHER FORD, by and through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party to bear their own costs.

///

///

///

1 | Dated:   March 26, 2014

By:   /s/ *Roderick Macknezie*
RODERICK MACKENZIE
Attorney for Plaintiff
JOSEPH GAMBLE

Dated:   March 26, 2014

LOMBARDI, LOPER & CONANT, LLP

By:   /s/ *Kara A. Abelson*
B. CLYDE HUTCHINSON
KARA A. ABELSON
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and
CHRISTOPHER FORD

IT IS SO ORDERED.

Dated: March 27, 2014

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42538 KAA 653653.1   - 2 -   STIPULATION AND ORDER OF DISMISSAL
CASE NO. 3:12-CV-03976-SI